# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Anthony James Robinson, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Colby Braun, Warden, | ) | Case No. 1:16-cr-361 |
| | ) | |
| Respondent. | ) | |

Petitioner initiated the above entitled action on October 12, 2016, with the submission of a "Petition under 28 U.S.C. § 2254 for a Writ of Habeas by Person in State Custody." On October 28, 2016, respondent filed a motion to strike the petition on the grounds that it was neither signed nor verified by petitioner and therefore improperly filed.

On November 14, 2016, petitioner submitted a signed copy of his petition, which the Clerk's office filed as a supplement to his petition. (Docket No. 12). As the record now contains a signed and verified petition, respondent's motion to strike (Docket No. 7) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court